UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20102-CIV-JORDAN

| | |
|---|---|
| CEDRIC ARNEZ | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| FLORIDA DEPT. OF CORRECTIONS et al. | ) |
| | ) |
| Defendants | ) |

### ORDER ON MOTION TO DISMISS

Following a de novo review of the record, I adopt the report issued by Magistrate Judge White [D.E. 40]. Accordingly, the defendants' motion to dismiss [D.E. 30] is denied, except as to the official capacity claims. The official capacity claims are dismissed without prejudice.

The defendants shall answer the complaint by September 10, 2010.

Done and ordered in chambers at Miami, Florida, this 25th day of August, 2010.

_____
Adalberto Jordan
United States District Judge

Copies to Magistrate Judge White, counsel of record, and Cedric Arnez, pro se, #L10184, Everglades Correctional Institution, P.O. Box 949000, Miami, FL 33194.